

# THE THIRTEENTH COURT OF APPEALS

## 13-19-00035-CV

Peter Buffa, M.D.
v.
Umang Khetarpal, M.D.

On Appeal from the
445th District Court of Cameron County, Texas
Trial Cause No. 2019-DCL-5-I

## JUDGMENT

This court's judgment issued on March 5, 2020, is hereby withdrawn and the following is substituted therefor.

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion. Costs of the appeal are adjudged against appellant, Peter Buffa, M.D.

We further order this decision certified below for observance.

April 23, 2020